1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   EDWARD R. FLUET (CABN 247203)
    Special Assistant United States Attorney
5                                                            E-FILED

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5037
        FAX: (408) 535-5066
8       E-mail: edward.fluet@usdoj.gov

9   Attorneys for United States of America

10

                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. 13-CR-00562-DLJ-2
                                       )
15          Plaintiff,                 )   **STIPULATION TO CONTINUE STATUS**
                                       )   **CONFERENCE;  ORDER**
16      v.                             )
                                       )
17  ISIDRO MAGANA GARCIA,              )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20                            **STIPULATION**

21          The United States, by and through Special Assistant United States Attorney Edward R. Fluet,

22  and defendant Isidro Magana Garcia, by and through his counsel, Allen H. Schwartz, hereby stipulate

23  that, with the Court's approval, the status hearing currently set for October 31, 2013 at 9:00 a.m., shall

24  be continued to December 5, 2013 at 9:00 a.m.

25          The reason for the requested continuance is that the government is in the process of compiling

26  additional discovery and defense counsel will need additional time to review the discovery and consult

27  with his client.

28  ///

    STIPULATION TO CONTINUE
    13-CR-00562 DLJ-2

1    The parties agree that the time between October 31, 2013, and December 5, 2013, is excludable

2  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and

3  effective preparation by government counsel.

4    IT IS SO STIPULATED.

5  Dated: October 24, 2013

6                            /s/
                             EDWARD R. FLUET
7                            Special Assistant United States Attorney

8  Dated: October 24, 2013

9                            /s/
                             ALLEN H. SCHWARTZ, ESQ.
10                           Counsel for Defendant

11

12                          **[] ORDER**

13    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that

14  the status hearing shall be continued from October 31, 2013 at 9:00 a.m. to December 5, 2013 at 9:00

15  a.m.

16    THE COURT FINDS that failing to exclude the time between October 31, 2013, and December

17  5, 2013, would unreasonably deny counsel the reasonable time necessary for effective preparation,

18  taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

19    THE COURT FURTHER FINDS that the ends of justice served by excluding the time between

20  October 31, 2013, and December 5, 2013, from computation under the Speedy Trial Act outweigh the

21  interests of the public and the defendant in a speedy trial.

22    THEREFORE, IT IS HEREBY ORDERED that the time between October 31, 2013, and

23  December 5, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

24  § 3161(h)(7)(A) and (B)(iv).

25    IT IS SO ORDERED

26  Dated: October ___, 2013

27                            _____
                             THE HONORABLE D. LOWELL JENSEN
28                           United States District Court Judge

STIPULATION TO CONTINUE
13-CR-00562 DLJ-2